(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **08-61742-CV-COHN-WHITE**

LEROY CRAWFORD
(Enter the full name of the plaintiff in this action)

v.

SHERIFF AL LAMbERTI
DIRECTOR OF THE DEPARTMENT OF
CORRECTIONS AND REHAbilitation

BROWARd, County Commissioners

ARMOR CORRECTIONAL HEAlTH SERVICES INC.

(Above, enter the full name of the defendant(s) in this action)

FILED by ATS D.C.

OCT 29 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

Page 1 of 5

cat/div 1983/FTL
Case # 08-61742
Judge Cohn   Mag PAW
Motn Ifp Yes   Fee pd $ 0
Receipt #

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: LEROY CRAWFORD

Inmate #: 570801520

Address: NORTH BROWARD BUREAU

P.O. Box 407037 FT. LAUDERDALE, Fl 33340

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: SHERIFF AL LAMBERTI

is employed as SHERIFF of BROWARD, County Fl

at 2601 W. BROWARD Blvd FT. LAUDERDALE, Fl 33311

C. Additional Defendants: DIRECTOR of THE DEPARTMENT of

CORRECTIONS AND REHABILITATION

BROWARD, County COMMISSIONERS

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

ARMOR CORRECTIONAL HEALTH SERVICES INC.

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

1. I was moved out of my bunk on June 8, 2008 by Deputy Hopkins after being moved I was placed on the floor, reason stated at the time was I'm sleeping in a American Disabilities Act assigned bunk Sheriff North Jail D-6 Room 3 Bunk 3 I have a chronic illness also at this time I'm presently incapacitated by a hernia that was diagnosed upon me being incarcerated in Broward County Jail System.

2. I recieved a low bunk pass from medical due to these conditions stated above this pass was not renewed so the system of standards dealing with the medical department & also Broward County Jail

3. Upon being incarcerated in the Broward County Jail system I was referred to mental health on February 21, 2008 approx 30 days later I was seen by a mental health physician and prescribed Prozac & Vistaril I recieved no counseling or follow up visit for approx 90 days.

4. As of this date September 17, 2008 after requesting on July 14, 2008 psychoEducational groups, Crisis Intervention, Individual Therapy and Discharge planning. Since the death of my youngest sister & the death of my first cousin, I haven't recieved no services from mental health department.

5. As of this date September 17, 2008 after requesting on to be seen by medical for chest congestion and also respiratory problems to have a chest x ray for P.C. pneumonia the procedure that's usually done with medical conditions such as mine this sick call request was made on July 15, 2008 I haven't been seen.

6. I submitted a sick call request on July 15, 2008 to have my prescription Luberderm for dry skin renewed as of this date September 17, 2008 I haven't been seen.

7. I requested a copy of the stipulation for entry of consent decree on several occasion and each time my request was denied by the Broward County Jail system this is a public document.

8. After recieving a disciplinary report on July 19, 2008 about not having legal mail postage paid due to me being indigent I was transported to the main jail where I was put into confinement.

9. Upon being released from confinement I was assigned to sleep on the floor & also eat on floor the cell 5-A-1 has 28 assigned bunks & 28 seats at the tables for feeding inmates anywhere from 36 to 40 inmates are housed in this unit at all times so I had to eat & sleep on the floor continuously.

10. After ordering by request from law library case No-76-6086-Civ-Hoeveler & also the prison litigation reform act of 1995 the law library refuse to give me these public documents.

11. I submitted a grievance concerning no cold drinking water in the main jail bureau a facility in the Broward, County jail system but there's cold water for drinking in other facilities Joseph V. Conte, sheriffs north jail, North Broward Bureau facility

12. After requesting a authorization to release medical records freedom of information request (federal) & also freedom of information (state) on September 1, 2008 the law library states these documents aren't available, but they are listed as things you can order from law library as of this date September 17, 2008 I haven't recieved this documents

13. The food is not being served at the standard heating for serving inmates to be eaten.

14. My prescription for prozac & vistaril was stopped on September 17, 2008 without seeing a mental health physician so the anxiety & depression condition is not being treated at this time I suffer from.

(Rev 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

system fail to acknowledge the above health conditions which resulted in me being placed on floor.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

1. Appoint a state or government agency to oversee the standards of the jail system.
2. Have routine visits made to jail
3. Have a annual report of standards completed concerning jail system.
4. Obtain statements from inmates on a annual bases about standards of jail
5. Monetary damages
6. That the capacity level for each housing unit never exceed the limit for beds

### IV. Jury Demand

Do you demand a jury trial? ✓ Yes    No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __12th__ day of __OCTOBER__, 20__08__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __10/12/08__

_____
(Signature of Plaintiff)

NOTARY                    DATE