UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61742-CIV-COHN
MAGISTRATE JUDGE P.A. WHITE

LEROY CRAWFORD,                   :

    Plaintiff,                :           ORDER

v.                                :

AL LAMBERTI, ET AL.,              :

    Defendants.               :
_____

The plaintiff Leroy Crawford has filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983. [DE# 1]. The plaintiff is proceeding in forma pauperis. [DE# 5].

The plaintiff names as defendants the Broward County Sheriff, the Director of the Broward County Corrections and Rehabilitation Department and the Broward County Commissioners. His complaint consists of a series of allegations relating to overcrowded conditions, mental health care, and medical care. The plaintiff appears to be attempting to challenge the "standards" for Broward County jails, although he has not his burden of establishing a causal link between any government policy or custom and any injury. The complaint also does not clearly raise individual claims of possible constitutional violations with regard to his conditions of confinement; it appears to be an attempt to raise claims on behalf of all inmates. The Complaint also does not name any defendants who are responsible for any alleged violations nor does it clearly explain how any of the listed defendants may have violated his constitutional rights. To proceed, the plaintiff must make specific allegations against those individuals who are directly responsible (not supervisors) and explain how his federal

constitutional rights may have been violated. The plaintiff cannot proceed with a class action.

Accordingly, the instant complaint would be subject to dismissal as described above. However, in an effort to construe the instant pro se pleadings liberally, it is determined that the plaintiff should have the opportunity to amend his complaint by correcting the deficiencies noted above.

It is therefore ORDERED AND ADJUDGED as follows:

1. On or before August 17, 2009, the plaintiff shall file an amended complaint, which shall name, as defendants, those individuals who are directly responsible for any civil rights violations, and shall describe with as much precision as possible, the actions of each individual.

2. The amended complaint must be labeled Amended Complaint and must show Case No. 09-60075-CIV-COHN, so that it will be filed in this case.

3. The amended complaint must contain a separate, numbered paragraph as to each defendant explaining what that defendant did and the supporting facts to show why that person is being sued.

4. The amended complaint shall include all claims against all defendants; in other words, the original complaint must not be incorporated in or made a part of the amended complaint.

     5.  The plaintiff is cautioned that failure to file the required amended complaint may result in dismissal of the case, without prejudice.

     It is so ordered at Miami, Florida, this 17th day of July, 2008.

                                                         S/ Patrick A. White  
                                                   UNITED STATES MAGISTRATE JUDGE

cc:   Leroy Crawford, <u>Pro Se</u>  
      No. 570801520  
      Stockade Facility  
      P. O. Box 407065  
      Fort Lauderdale, FL 33340